Cite as 2014 Ark. 372



# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE COMMITTEE ON MODEL JURY INSTRUCTIONS-CIVIL | **Opinion Delivered** SEPTEMBER 11, 2014 |

## PER CURIAM

William McShane Bridgforth, Esq., of Pine Bluff, Edie Ervin, Esq., of Little Rock, and Paul N. Ford, Esq., of Jonesboro are reappointed to the Supreme Court Committee on Model Jury Instructions–Civil for three-year terms to expire on September 30, 2017. The court thanks these lawyers for their continued service on this important committee.